# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-03513 ESL |
|---|---|
| **LUIS J VIERA ESCALONA** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule to increase the base of the plan.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 18th day of June of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                            Case No. 10-03513-13

VIERA ESCALONA, LUIS J             Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 6/17/2010  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 350.00 x 3 = $ 1,050.00  
$ 400.00 x 57 = $ 22,800.00  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  

TOTAL: $ 23,850.00

Additional Payments:  
$ 3,000.00 to be paid as a LUMP SUM within ~~60 months~~ with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:  
$3,000 TAX REFUND ($750 x 4 yrs= $3,000)

Periodic Payments to be made other than, and in addition to the above:  
$ _____ x _____ = $ _____

PROPOSED BASE: $ 26,850.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,674.00

Signed: /s/ LUIS J VIERA ESCALONA  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☐ Trustee pays secured ARREARS:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. TOYOTA FINANCIAL SER Cr. _____ Cr. _____  
# 040613289 # _____ # _____  
$ 14,883.00 $ _____ $ _____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  
5. ☐ Other:  
_____  
6. ☐ Debtor otherwise maintains regular payments directly to:  
_____  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____  
☐ Paid 100% / ☐ Other: _____  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)  
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE FOR VEHICLE FINANCED WITH TOYOTA CREDIT TROUGH EASTERN AMERICAN INSURANCE COMPANY.

Attorney for Debtor Jose Prieto          Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      AEE
0104-3                                   U.S. Post Office and Courthouse Building  P O BOX 364267
Case 10-03513-ESL13                      300 Recinto Sur Street, Room 109          SAN JUAN, PR   00936-4267
District of Puerto Rico                  San Juan, PR 00901-1964
Old San Juan
Fri Jun 18 09:59:45 AST 2010

BPPR                                     CAVALRY PORTFOLIO SVCS                    FIRSTBANK
P O BOX 3228                             7 SKYLINE DR 3RD F                        P O BOX 9146
SAN JUAN, PR   00936                     HAWTHORNE, NY 10532-2156                  SAN JUAN, PR 00908-0146


IRS                                      Sprint                                    TCPR - Toyota Credit de Puerto Rico
PO BOX 21125                             Sprint                                    P.O. Box 366251
PHILADELPHIA, PA   19114-0325            P O BOX 219554                            San Juan, Puerto Rico 00936-6251
                                         Kansas City, MO   64121-9554


TOYOTA FINANCIAL SERVICES                ALEJANDRO OLIVERAS RIVERA                 JOSE M PRIETO CARBALLO
P O BOX 71410                            ALEJANDRO OLIVERAS, CHAPTER 13 TRUS       JPC LAW OFFICE
SAN JUAN, PR   00936-8510                PO BOX 9024062                            PO BOX 363565
                                         SAN JUAN, PR 00902-4062                   SAN JUAN, PR 00936-3565


LUIS J VIERA ESCALONA                    MONSITA LECAROZ ARRIBAS                   End of Label Matrix
P O BOX 9571                             OFFICE OF THE US TRUSTEE (UST)            Mailable recipients    13
MIRAMAR STATION                          OCHOA BUILDING                            Bypassed recipients     0
SAN JUAN, PR 00908-0571                  500 TANCA STREET  SUITE 301               Total                  13
                                         SAN JUAN, PR 00901-1938
```